# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DEBORAH R. HARGY, ED C. MALLOY, ESQ. AND GENERATIONS LAW, P.C., | : No. 665 MAL 2014 |
| | : |
| Petitioners | : Petition for Allowance of Appeal from the : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| PAUL TONER, ESQ. BRIAN C.LEGROW, ESQ. VINCENT B. MANCINI & ASSOCIATES, LLCJOHN D' ANNUNZIO VINCENT D' ANNUNZIO J & V DEVELOPERS, INC, | : : : : : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.